LM22068908

# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS40 | 9682082 | McCall | 818 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 10/28/2022 1156
Offense Charged: ☒ CFR ☐ USC ☐ State Code
43 CFR 8341.1(F)(2)

Place of Offense: Gecko Road @ Ranger Station

Offense Description: Factual Basis for Charge: MM 10/28 31 in 50 15 mph zone  HAZMAT ☐

### DEFENDANT INFORMATION
Last Name: Quezada
First Name: Amanda
MI: A

Tag No: 7UIW479  State: CA  Year: 18  Make/Model: TOY 4run..  PASS ☐  Color: Lilc

**A ☐ APPEARANCE IS REQUIRED** - If Box A is checked, you must appear in court. See instructions.

**B ☒ APPEARANCE IS OPTIONAL** - If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 135 - Forfeiture Amount
+ $30 Processing Fee
$ 165 - Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address / Date / Time

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*9682082*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10/28, 2022 while exercising my duties as a law enforcement officer in the Southern District of California

See attached

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/28/2022  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 12/08/2022 9:45